# United States District Court
# Eastern District of California

KERN HEALTH SYSTEMS, INC.

Plaintiff(s)

V.

ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, LLC, et al.

Defendant(s)

Case Number: 1:26-cv-07520-HBK

ORDER APPROVING APPLICATION FOR PRO HAC VICE (Doc. 5)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Terri A. Sutton hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Physicians Insurance A Mutual Company

On 05/29/2012 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of Washington (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/08/2026 Signature of Applicant: /s/ Terri A. Sutton

**Pro Hac Vice Attorney**

Applicant's Name: Terri A. Sutton

Law Firm Name: Kennedys CMK LLP

Address: 920 Fifth Avenue

Suite 810

City: Seattle State: WA Zip: 98104

Phone Number w/Area Code: (564) 224-9101

City and State of Residence: Seattle, WA

Primary E-mail Address: terri.sutton@kennedyslaw.com

Secondary E-mail Address: will.cummins@kennedyslaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Michael W. Melendez

Law Firm Name: Kennedys CMK LLP

Address: 455 Market Street

Suite 1900

City: San Francisco State: CA Zip: 94105

Phone Number w/Area Code: (415) 323-4481 Bar # 125895

**ORDER**

The Pro Hac Vice Application (Doc. 5) is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 14, 2026

Helena M. Barch-Kuchta

MAGISTRATE JUDGE, U.S. DISTRICT COURT